**TEXAS MENHADEN COMPANY,**
Appellant,

v.

Joe BIBBS, Appellee.

No. 20873.

United States Court of Appeals
Fifth Circuit.

Jan. 29, 1964.

James S. Fuller, Fuller & Fuller, Port Arthur, Tex., for appellant.

Woodson E. Dryden, Beaumont, Tex., for appellee.

Before TUTTLE, Chief Judge, and HUTCHESON and GEWIN, Circuit Judges.

PER CURIAM.

The chief contention on this appeal is that error was committed by the trial court in giving instructions on unseaworthiness. A careful review of the record fails to convince us that substantial or fundamental error was committed.

The judgment is affirmed.